**Order filed April 19, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-01003-CV
_____

**JOHN E. HART, Appellant**

**V.**

**DISCOVER BANK, Appellee**

**On Appeal from the County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 975329**

# O R D E R

Appellant's brief was filed on March 28, 2012. The court has determined that appellant has not properly presented this cause in his brief. Appellant failed to substantially comply with Rule 38 of the Texas Rules of Appellate procedure. In particular, appellant has failed to provide adequate citations to the record and to authority. Tex. R. App. P. 38.1(g), (i).

1

Accordingly, the court **STRIKES** appellant's brief and orders appellant to file an amended brief in compliance with the Texas Rules of Appellant Procedure. Appellant's amended brief is due **May 21, 2012,** and appellee's responsive brief shall be due thirty days after appellant's amended brief is filed.


PER CURIAM